```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                    -v-                                        :
                                                               :
                                                               :
    RUBINSKY PADILLA, and                                      :
    LUIS ROSARIO,                                              :
                                                               :
                                            Defendants.        :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024

1:24-cr-107-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for March 4, 2024, at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 29, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge