UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| -against- | : |
| | : |
| RUBINSKY PADILLA, and | : |
| LUIS ROSARIO, | : |
| Defendants. | : |

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2024
```

1:24-cr-107-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The status conference currently scheduled for June 3, 2024 at 10:00 a.m. is rescheduled. The status conference will take place on May 22, 2024 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated:  May 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge