```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                    :

UNITED STATES OF AMERICA,           :

        -v-                              :        1:24-cr-107-GHW

RUBINISKY PADILLA and LUIS ROSARIO,  :        ORDER

                  Defendants.    :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, RUBINSKY PADILLA, by and through his attorney, DONNA R. NEWMAN, ESQ., joined by Defendant LUIS ROSARIO, by and through his counsel, MARNI L. LENOX, ESQ., and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Assistant United States Attorneys, ASHLEY NICOLAS and LISA DANIELS, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from October 11, 2024 to December 17, 2024 at 11:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through December 17, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

SO ORDERED.

Dated: October 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge