```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                         :
UNITED STATES OF AMERICA,         :
                                         :
               -v-                       :           1:24-cr-107-GHW-1
                                         :
RUBINSKY PADILLA,                      :                <u>ORDER</u>
                                         :
                         Defendant.      :
                                         :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     Upon the application of the defendant, RUBINSKY PADILLA, by and through his attorney, DONNA R. NEWMAN, and with the consent of the United States of America, by and through JAY CLAYTON, United States Attorney for the Southern District of New York, LISA DANIELS, Assistant United States Attorney, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from September 9, 2025 to October 23, 2025 at 11:00 a.m.

     The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendant and his counsel to receive and review discovery.  Accordingly, it is further ORDERED that the time from the date of this order through October 23, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

     The Clerk of Court is directed to terminate the motion pending at Dkt. No. 61.

     SO ORDERED.

Dated:  September 3, 2025
New York, New York

                                                           _____
                                                              GREGORY H. WOODS
                                                          United States District Judge