Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516 fax 212-593-1844
cell. 201-306-4369
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/2026

April 7, 2026

# MEMORANDUM ENDORSED

**BY ECF & EMAIL (**WoodsNYSDChambers@nysd.uscourts.gov**)**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Re: United States v. Rubininsky Padilla, 24 cr 107 (GHW)***

Dear Judge Woods:

I write to request the Court permit Mr. Padilla permission to travel to visit his brother and his brother's family in Texas. His brother's wife, Starr Ferrera is a police officer and written to counsel to confirm that she and her husband are looking forward to a visit by Mr. Padilla and his wife with the hope that Mr. Padilla and his family will relocate to Texas and work for her husband. Ms. Ferrera has paid for airline tickets for Mr. Padilla and his wife for travel to Texas from April 19th through April 28th. The proposed trip will enable Mr. Padilla, his wife, Mr. Padilla's brother and his wife, Starr Ferrera to have a long overdue family reunion and discuss relocation plans.

The particulars of Mr. Padilla's travel, including his brother's address have been supplied to his Pretrial Services Officer and the Government. Additional information regarding this trip as requested by his Pretrial Services Officer will be supplied directly to the Officer and the Government.

Mr. Padilla is compliant with all his conditions of bond. His pretrial officer Meherun Mayer advised counsel that she does not object to this request and Assistant United States Attorney Lisa Daniels advised that the Government defers to Pretrial Services.

Accordingly, I respectfully request the Court grant Mr. Padilla permission to travel to Texas to visit with his brother and his family from April 19th through April 28th.

Respectfully submitted,
/s/'

Donna R. Newman
Cc: AUSA Lisa Daniels vial Email and ECF
   AUSA Ashley Nicholas via Email and ECF
   SDNY PTO Meherun Mayer via Email
   Rubinsky Padilla via Email


Application granted.  Mr. Padilla's bond conditions are modified as follows:  Mr. Padilla may visit his family in Texas from April 19, 2026 through April 26, 2026.  Mr. Padilla must provide his itinerary to his Pretrial Services Officer.  All other conditions of Mr. Padilla's bond remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 80.
SO ORDERED.
Dated:  April 8, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge